# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

IQRA FARAH DOL and ABDI
RAHMAN ABDI HAJI,

       Plaintiffs,

v.

MARCO RUBIO, *Secretary of State, U.S. Department of State, Washington, D.C.*; MORA NAMDAR, *Assistant Secretary of State for Consular Affairs, U.S. Department of State, Washington, D.C.*; MICHAEL SCHREUDER, *Acting Consul General, U.S. Consulate General in Mumbai, India*; MARKWAYNE MULLIN, *Secretary, U.S. Department of Homeland Security, Washington, D.C.*; TODD BLANCHE, *Acting Attorney General, U.S. Department of Justice, Washington, D.C.*,

       Defendants.

Case No. 26-cv-2577 (LMP/LIB)

**ORDER OF DISMISSAL**

---

This matter is before the Court on Plaintiff's Fed. R. Civ. P. 41(a)(1) Dismissal (ECF No. 7). **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** and without costs or disbursements to any party.

Dated: July 20, 2026

*s/ Laura M. Provinzino*
Laura M. Provinzino
United States District Judge